**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 94-7492**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FARSHAD RAMAZANI,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CR-89-107-A)

Submitted: January 23, 1996        Decided: February 5, 1996

Before HALL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Farshad Ramazani, Appellant Pro Se. Vincent L. Gambale, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying Appellant's motion to compel the Government to file a FED. R. CRIM. P. 35 motion for a reduction in sentence, and denying Appellant's motion for reconsideration. We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Ramazani, No. CR-89-107-A (E.D. Va. Nov. 18, 1994; Nov. 1, 1994). We also deny Appellant's motions for summary judgment and for remand to the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2